NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VALEANT INTERNATIONAL (BARBADOS) SRL (ALSO KNOWN AS BIOVAIL LABORATORIES INTERNATIONAL SRL),**
*Plaintiff-Appellee,*

v.

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC. – FLORIDA, AND WATSON PHARMA, INC.,**
*Defendants-Appellants.*

---

2012-1117

---

Appeal from the United States District Court for the Southern District of Florida in case no. 10-CV-20526, Chief Judge Federico A. Moreno.

---

## ON MOTION

---

## ORDER

Watson Pharmaceuticals, Inc. et al (Watson) move for an extension of time to respond to the appellee's motion to disqualify or in the alternative to dismiss or stay the motion to disqualify.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an extension of time is granted. The response to the motion to disqualify is due no later than February 22, 2012.

(2) The motion to dismiss or stay the motion to disqualify is denied.

FOR THE COURT

FEB 0 1 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Theresa Marie Gillis, Esq.
     James F. Hurst, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 1 2012

JAN HORBALY
CLERK